■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BLAKE, Appellant.— Order of the Supreme Court, Kings County, dated January 11, 1965, affirmed insofar as appealed from. (*People* v. *Blake*, 23

A. D. 2d 581.) Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.